

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00580-CR

Sergio Ibarra **JIMENEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11598
Honorable Ron Rangel, Judge Presiding

# O R D E R

The reporter's record in this appeal was due October 12, 2015, but was not filed. This court notified court reporter Amy L. Hinds of the deficiency and granted her an extension of time until November 16, 2015, to file the record. It has not been filed; however, on November 24, Hinds filed a notice of late record, requesting an extension of time until December 16, 2015 to file the record.

We **grant the motion in part**. We **order** Amy L. Hinds to file the record by **December 11, 2015** (sixty days after the original deadline). Hinds is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.



Keith E. Hottle
Clerk of Court